| Date | PA ED # | Transfer # | Name of Plaintiff | Transfer Dist./Div |
|---|---|---|---|---|
| 3/22/2007 | 63018 | 88-00161 | Threadgill, Selen H. (Est. of W.L. Threadgill) | DELAWARE - 1 |
| 3/22/2007 | 63019 | 88-00612 | Dixey, John E., III | DELAWARE - 1 |
| 3/22/2007 | 63020 | 01-00166 | Jones, Lois (Est. of Paul L. Jones) | DELAWARE - 1 |
| 3/22/2007 | 63021 | 01-00167 | Ruggles, Gale L. | DELAWARE - 1 |
| 3/22/2007 | 63022 | 01-00534 | Alcock, Rita G. (Est. of John W. Alcook) | DELAWARE - 1 |
| 3/22/2007 | 63023 | 01-00535 | Hart, Barbara (Est. of V. Hart) | DELAWARE - 1 |
| 3/22/2007 | 63024 | 01-00536 | Kuhn, Cecelia F. | DELAWARE - 1 |
| 3/22/2007 | 63025 | 01-00538 | Aaron, Oscar | DELAWARE - 1 |
| 3/22/2007 | 63026 | 01-00852 | Aniceti, Andrew | DELAWARE - 1 |
| 3/22/2007 | 63027 | 06-00668 | Agee, Betty (Est. of Richard L. Agee) | DELAWARE - 1 |
| 3/22/2007 | 63028 | 06-00673 | Harwood, Lillian | DELAWARE - 1 |